IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM BERNARD JAMES, ) | |
| #277487, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:13-CV-918-WKW |
| ) | (WO) |
| STATE OF ALABAMA and ALBERT ) | |
| L. JOHNSON, Circuit Judge, ) | |
| ) | |
|     Defendants. ) | |

**<u>ORDER</u>**

On January 7, 2014, the Magistrate Judge filed a Recommendation in this case. (Doc. # 4.) On January 14, 2014, Plaintiff William Bernard James filed objections. (Doc. # 5.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which the objections are made. *See* 28 U.S.C. § 636(b)(1). The court concludes that the objections are without merit, and the Magistrate Judge's Recommendation is due to be adopted.

Accordingly, it is ORDERED as follows:

1.     Mr. James' objections (Doc. # 5.) are OVERRULED;

2.     The Recommendation (Doc. # 4.) is ADOPTED;

It is further ORDERED that Plaintiff's complaint is DISMISSED with prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) & (iii).

DONE this 10th day of March, 2014.

                                           /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE